UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Jeffrey E. Whitehead                                      Docket No. 5:15-MJ-1311-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jeffrey E. Whitehead, who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana, and 18 U.S.C. §13, assimilating N.C.G.S. 14-225, False Reports to Law Enforcement, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on May 6, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently in our Surprise Urinalysis Program to monitor for any potential drug use. The drug aftercare condition allows for this monitoring and any further treatment that may be deemed necessary. It is recommended that the remaining treatment conditions be striken from the judgment as they are not needed.

**PRAYING THAT THE COURT WILL ORDER** that the following conditions be striken from the judgment:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of the judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: May 28, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __29th__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge