UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey E. Whitehead**                                                    **Docket No. 5:15-MJ-1311-1**

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jeffrey E. Whitehead , who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana, and 18 U.S.C. §13, assimilating N.C.G.S. 14-225, False Reports to Law Enforcement, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on May 6, 2015, to 12 months probation under the conditions adopted by the court.

On May 29, 2015, the conditions of probation were modified to remove two conditions that were not needed on the judgment for supervision purposes.

On June 30, 2015, the court was notified that the defendant had pending charges of Second Degree Trespass (2 counts) and Resisting Public Officer in Cumberland County, North Carolina. Those charges have since been dismissed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine on September 14, 2015, and signed an admission form, admitting to the use of cocaine on September 12, 2015. It is recommended that the defendant serve 2 days incarceration for his drug use. The defendant will be referred to our local treatment provide for substance abuse treatment. Additionally, the defendant has a pending warrant for Misdemeanor Assault on a Female that occurred on October 11, 2015, in Cumberland County, North Carolina, against his girlfriend, Tomishia Craigmiles. I met with the victim, Ms. Craigmiles, and she wrote a statement advising that she provoked the defendant to push her down on the ground, but that she didn't wish to follow through with the charges in court. The defendant was instructed to turn himself into the Cumberland County Jail for service of the pending warrant. We will continue to monitor this case in state court and advise the court if there is a conviction in this matter.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jeffrey E. Whitehead
Docket No. 5:15-MJ-1311-1
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2539<br>Executed On: October 22, 2015 |

### ORDER OF THE COURT

Considered and ordered this __23rd__ day of __October__, 2015 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge